**United States District Court**
For the Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6    JUDY BROWN, ET AL.,                          No. C 11-05009 JCS
                                                  Related Case No. C11-5083 JCS
7              Plaintiff(s),
                                                  **ORDER SETTING CASE**
8         v.                                      **MANAGEMENT CONFERENCE**
                                                  **[Reassigned Case]**
9    SAN LEANDRO POLICE OFFICERS, ET
     AL.,
10
               Defendant(s).
11   _____/

12   AND RELATED CASE

13   ERICKA WHITMEYER, ET AL.,

14             Plaintiff(s),

15        v.

16   SAN LEANDRO POLICE OFFICERS, ET
     AL.,
17
               Defendant(s).
18   _____/

19

20   TO ALL PARTIES AND COUNSEL OF RECORD:

21        The above-entitled matters having been reassigned to the Honorable Joseph C. Spero for trial

22   and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil

23   L.R.16-10, that a Case Management Conference shall be held in this case on **January 6, 2012, at**

24   **1:30 p.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San

25   Francisco, California.

26        The parties shall appear in person or through lead trial counsel and shall be prepared to

27   discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties

28   shall meet and confer and  file a joint case management statement and proposed order no later

1  December 30, 2011.  If any party is proceeding without counsel, separate statements may be filed by

2  each party.

3          All documents filed with the Clerk of the Court shall list the civil case number followed only

4  by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.

5          IT IS SO ORDERED.

6

7  Dated:  October 21, 2011

8                                                              _____
                                                             JOSEPH C. SPERO
                                                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California